# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ISNEL RIGAUD,
A# 072-029-042,

    Petitioner,

vs.                                                             Case No. 4:16cv713-MW/CAS

LORETTA LYNCH, et al.,

    Respondents.
_____/

## REPORT AND RECOMMENDATION

    Petitioner, proceeding pro se, sought to initiate this case in November 2016 by filing a petition for an emergency writ of habeas corpus. An Order was entered directing Petitioner to either file a motion seeking leave to proceed in forma pauperis or pay the $5.00 filing fee.  ECF No. 3. Additionally, Petitioner was required to file an amended petition.  *Id.*  A month later, Petitioner filed a motion requesting an extension of time.  ECF No. 4.  That motion was granted and Petitioner was given until **January 23, 2017**, in which to comply with the prior Order.  ECF No. 5.  Petitioner was

advised that no further action would be taken on this case until he either paid the filing fee or filed a motion requesting in forma pauperis status.  *Id.*

That Order was returned to the Court as undeliverable.  ECF No. 6. The Clerk's Office discovered that Petitioner was housed at the Krome detention facility and the docket reveals the Order was remailed to him on January 4, 2017.  Petitioner has had sufficient time to comply with that Order.  Because Petitioner has not taken any action to move this case forward, it should now be dismissed for failure to prosecute and failure to comply with court orders.  *See* ECF Nos. 3, 4.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute and comply with court orders.

**IN CHAMBERS** at Tallahassee, Florida, on February 1, 2017.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:16cv713-MW/CAS

## **NOTICE TO THE PARTIES**

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). **Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.** If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.