IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ISNEL RIGAUD,

      Petitioner,

v.                                    Case No. 4:16cv713-MW/CAS

LORETTA LYNCH, et al.,

      Respondents.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,[1]

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for failure to prosecute and comply with court orders." The Clerk shall close the file.

**SO ORDERED** on March 1, 2017.

                                          s/Mark E. Walker               
                                          **United States District Judge**

---

[1] Petitioner has failed to keep the Clerk advised of his current mailing address as evidenced by returned mail.